USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __1/13/2025__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND, ANNUITY
FUND, AND APPRENTICESHIP, JOURNEYMAN
RETRAINING, EDUCATIONAL AND INDUSTRY
FUND, et al.,

                Petitioners,

-against-

NEW YORK CITY ACOUSTICS, INC.,

                Respondent.

25-CV-00227 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

      On January 10, 2025, Petitioner filed a petition to confirm an arbitration award. Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, it is hereby ORDERED that Petitioner shall file and serve any additional materials with which they intend to support their petition to confirm by **January 31, 2025**. Respondent's opposition, if any, is due on **February 21, 2025**. Petitioner's reply, if any, is due **March 7, 2025**.

      Petitioner shall serve the petition and all supporting papers, as well as this Order, upon Respondent pursuant to Rule 4 of the Federal Rules of Civil Procedure no later than **January 31, 2025**, and shall file an affidavit of such service with the Court no later than **February 3, 2025**.

Dated: January 13, 2025
       New York, New York

SO ORDERED.

_____
MARGARET M. GARNETT
United States District Judge