UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND, ANNUITY
FUND, and APPRENTICESHIP, JOURNEYMAN
RETRAINING, EDUCATIONAL AND INDUSTRY
FUND, et al.,

                  Petitioners,

-against-

NEW YORK CITY ACOUSTICS, INC.,

                  Respondent.

25-CV-00227 (MMG)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/6/2025

MARGARET M. GARNETT, United States District Judge:

      On January 10, 2025, Trustees of The New York City District Council of Carpenters Pension Fund, Welfare Fund, Annuity Fund, and Apprenticeship, Journeyman Retraining, Educational and Industry Fund, et al. ("Petitioners") filed a Petition to Confirm an Arbitration Award. *See* Dkt. No. 1. Petitioners seek confirmation of an arbitration award issued by arbitrator J.J. Pierson ("Arbitrator") on June 24, 2024 and made pursuant to a collective bargaining agreement ("CBA"). *See id.* The award includes, *inter alia*, a grant of $14,268.39 for "Non-Audit Late Payment Interest," but does not specify the basis for such an award. *See* Dkt. No. 1-11. The basis for this award is also not apparent from the record submitted by Petitioners.

      The applicable CBA also does not appear to provide a basis for this award. The CBA provides that an employer who is delinquent in contributing to the relevant fringe benefit funds ("the Funds") must, in the event of arbitration in the Funds' favor, pay the unpaid contributions, interest on the unpaid contributions, liquidated damages (or, if greater, a second payment of the interest on the unpaid contributions), attorneys' fees and costs, and additional relief deemed

1

appropriate, but does not otherwise appear to include payment of (or a definition of) "Non-Audit Late Payment Interest." *See* Dkt. No. 1-3.

Accordingly, it is hereby ORDERED that Petitioners submit a letter by no later than **June 20, 2025**, informing the Court of the contractual or legal basis for the award of the "Non-Audit Late Payment Interest," as well as the factual basis for such an award.

Dated: June 6, 2025
New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge