**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, and APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND, et al.,

                Petitioners,                25 **CIVIL** 227 (MMG)

   -against-                              **JUDGMENT**

NEW YORK CITY ACOUSTICS, INC.,

                Respondent.
------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 7, 2025, the June 24, 2024 Award is confirmed in all respects; Respondent is ordered to pay Petitioners a total of $23,363.73, plus interest at the annual rate of 10.5% from June 24, 2024 through the date of this Judgment, pursuant to the terms of the Award, in the amount of $2,748.92; Respondent is further ordered to pay Petitioners $891.50 in attorneys' fees and $128.10 in costs arising out of this action; and Respondent is further ordered to pay Petitioners post-judgment interest at the statutory rate pursuant to 28 U.S.C. § 1961(a); accordingly, the case is closed.

**Dated**: New York, New York
         August 7, 2025

                                          **TAMMI M. HELLWIG**
                                             **Clerk of Court**

                 **BY:**       K. Mango

                                             **Deputy Clerk**